Jeffrey D. Cohen (*pro hac vice*)
Pa. Bar No. 77798
**KEENAN COHEN & MERRICK P.C.**
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Telephone: 215-609-1110
Facsimile: 215-609-1117
jcohen@freightlaw.net

Von Ryan Reyes
**ERICKSEN ARBUTHNOT**
152 North Third Street, Suite 700
San Jose, CA 95112-5560
Telephone: (408) 286-0880
vreyes@ericksenarbuthnot.com

*Attorneys for Defendant/Counterclaim-Plaintiff,
Baxter Bailey & Associates, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CSNK WORKING CAPITAL FINANCE CORP. d/b/a BAY VIEW FUNDING,<br>　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>BAXTER BAILEY & ASSOCIATES, INC.,<br>　　Defendant/Counter-Plaintiff. | CASE NO. 5:16-cv-04234-EJD<br><br>**STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER**<br><br>JUDGE: Hon. Edward J. Davila |

# STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff/counterclaim-defendant, CSNK WORKING CAPITAL FINANCE CORP. d/b/a BAY VIEW FUNDING ("Bay View"), and defendant/counter-plaintiff, BAXTER BAILEY & ASSOCIATES, INC. ("Baxter Bailey"), by and through their respective counsel, hereby stipulate to the dismissal, with prejudice, of this action, in its entirety, including all claims in Bay View's Complaint for (1) Declaratory Relief; (2) Intentional Interference with Contract; (3) Injunction; and (4) Accounting [Doc. #1] and in Baxter Bailey's Amended Counterclaims [Doc. #26], with each party to bear its own fees and costs.

Dated: November 9, 2017   LEVINSON ARSHONSKY & KURTZ, LLP

By: /s/ Steven N. Kurtz (signed by Jeffrey D. Cohen pursuant to 11/9/17 email authorization)
STEVEN N. KURTZ

Attorneys for Plaintiff CSNK WORKING CAPITAL FINANCE CORP. dba BAY VIEW FUNDING

Dated: November 10, 2017   KEENAN COHEN & MERRICK, P.C.

By: /s/ Jeffrey D. Cohen
JEFFREY D. COHEN

Attorneys for Defendant BAXTER BAILEY & ASSOCIATES, INC.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/13/2017

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

STIP. OF DISMISSAL
AND [PROPOSED] ORDER

5:16-cv-04234

2